1  Bill Olin
   Bill Olin 401K Profit Sharing Plan
2  P.O. Box 12186
   Zephyr Cove, NV 89448
3  Telephone: 805-748-8854

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>REAL PROPERTY LOCATED AT 7204 ALPINE FROST DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1150-018-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>        Defendants. | 2:18-CV-00775-KJM-CKD<br><br>STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDER BILL OLIN 401K PROFIT SHARING PLAN |

**IT IS HEREBY STIPULATED** by and between claimant, Bill Olin, 401K Profit Sharing Plan ("Claimant"), and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 7241 Vanita Way, Sacramento, CA, APN: 051-0344-010-0000 ("Defendant Vanita Way").

2. The loan has since been satisfied and Claimant no longer has an interest in the Defendant Vanita Way property.

3. Accordingly, Claimant hereby withdraws their claim filed May 25, 2018 [Dk. 17] in the above-captioned case with respect to the Defendant Vanita Way property.

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDER

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a).  Defendant Vanita Way property is the *in rem* defendant.

5. Each party hereto is to bear its own costs.

6. Claimant is hereby removed from the Service List for the above-captioned case.

Date: 9-17-19

By: /s/ Bill Olin
BILL OLIN 401K PROFIT SHARING PLAN

(Signature retained by AUSA Khasigian)

Date: 9/17/2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDER

**ORDER**

The Court has read and considered the Stipulation of Withdrawal of Claim by Bill Olin 401K Profit Sharing Plan ("the Stipulation") by Claimant, Bill Olin 401K Profit Sharing Plan ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.
2. Claimant's claim filed May 25, 2018 [Dk. 17] in the above-captioned case is hereby deemed withdrawn.
3. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: September 23, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDER