McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18−CV−00775-KJM−CKD |
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 7204 ALPINE FROST DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1150-018-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and Claimant Wen Jun Zeng hereby stipulate and request the Court to lift the stay for the limited purpose of entering a Partial Final Judgment of Forfeiture for real property located at 7241 Vanita Way, Sacramento, California, ("Defendant 7241 Vanita Way property"). The parties anticipate that the Partial Final Judgment of Forfeiture would close the case against Defendant 7241 Vanita Way property. Thus, the stay would no longer be necessary for this property.[1]

Claimant Wen Jun Zeng filed a claim and answer asserting an interest in Defendant 7241 Vanita Way property. Bill Olin 401k Profit Sharing Plan filed a claim alleging a lien holder interest in the

---
[1] The case would remain stayed as to all other *In Rem* Defendants. This request is limited to Defendant 7241 Vanita Way property.

1

Stipulation for Partial Lift of Stay and Order

defendant Vanita Way Property and was paid off at the close of escrow.  Bill Olin 401k Profit Sharing Plan withdrew its Claim on September 17, 2019.  No other party has filed a claim asserting an interest in Defendant 7241 Vanita Way property.  Law enforcement executed a federal search warrant at 7241 Vanita Way in Sacramento California and found an active marijuana grow containing 199 marijuana plants, two pounds of processed marijuana, and marijuana grow equipment.  Defendant 7241 Vanita Way was purchased with wire transfers from China, financed with a hard money loan, and Person A facilitated the property transaction for the buyer.

Dated:   10/1/2019          McGREGOR W. SCOTT
                            United States Attorney

                     By:    /s/ Kevin C. Khasigian
                            KEVIN C. KHASIGIAN
                            Assistant U.S. Attorney

Dated:   10/1/2019           /s/ Samuel D. Berns
                            SAMUEL D. BERNS
                            Attorney for Claimant Wen Jun Zeng
                            (Authorized via email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 7241 Vanita Way, Sacramento, California.

IT IS SO ORDERED

Dated:  October 7, 2019.

_____
UNITED STATES DISTRICT JUDGE